# Exhibit 2

ALBANY, NY  |  AUSTIN, TX  |  BINGHAMTON, NY  |  BUFFALO, NY  |  HOUSTON, TX  |  NEW YORK, NY
ROCHESTER, NY  |  SAN DIEGO, CA  |  SARATOGA SPRINGS, NY  |  SYRACUSE, NY  |  WASHINGTON, D.C.



U.S. Department of Justice
Civil Rights Division

NOTICE OF RIGHT TO SUE WITHIN 90 DAYS

VIA EMAIL

*150 M Street, N.E.*
*Karen Ferguson , EMP, 4CON, Room 9.514*
*Washington, DC 20530*

November 06, 2023

Mr. Nathaniel I. Hellman
c/o Michael C. Fallings, Esquire
Law Offices of Tully & Rinckey
3420 Executive Center Drive
Suite 160
Austin, TX  78731

Re:  EEOC Charge Against Austin Community College, et al.
      No. 451202203189

Dear Mr. Hellman:

Because you filed the above charge with the Equal Employment Opportunity Commission, and more than 180 days have elapsed since the date the Commission assumed jurisdiction over the charge, and no suit based thereon has been filed by this Department, and because you through your attorney have specifically requested this Notice, you are hereby notified that you have the right to institute a civil action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. 2000e, et seq., against the above-named respondent.

If you choose to commence a civil action, such suit must be filed in the appropriate Court within 90 days of your receipt of this Notice.

The investigative file pertaining to your case is located in the EEOC San Antonio District Office, San Antonio, TX.

This Notice should not be taken to mean that the Department of Justice has made a judgment as to whether or not your case is meritorious.

                                                  Sincerely,

                                                  Kristen Clarke
                                         Assistant Attorney General
                                          Civil Rights Division

                                by       /s/ Karen L. Ferguson
                                        Karen L. Ferguson
                                      Supervisory Civil Rights Analyst
                                      Employment Litigation Section

cc: San Antonio District Office, EEOC
    Austin Community College, et al.