# Exhibit 3

ALBANY, NY | AUSTIN, TX | BINGHAMTON, NY | BUFFALO, NY | HOUSTON, TX | NEW YORK, NY
ROCHESTER, NY | SAN DIEGO, CA | SARATOGA SPRINGS, NY | SYRACUSE, NY | WASHINGTON, D.C.



Office of the Executive Vice President
College Operations

MEMORANDUM

**TO:** ACC District Police Department
**FROM:** Mary Hensley
**DATE:** August 2, 2013
**SUBJECT:** Department Mission

It has been brought to my attention that emails containing derogatory racial- and ethnic-related remarks have circulated within the ACC District Police Department.  However innocently these messages may have been sent, their content is inconsistent with the goals and mission of this Department.

The ACC District Police Department is a public service, community-oriented organization.  Your mission is to serve and protect all components of our campuses (students, visitors, employees, and vendors) regardless of race, color, religion, sex, or national origin.  To do otherwise is a violation of the public trust and the College's rules regarding discrimination and harassment.

If you become aware of any conduct by a member of the Department that is rude, disrespectful, or unprofessional to any individual on the basis of that person's race, color, religion, sex, or national origin, please report it to me immediately.

I know that you are as desirous as I am of having a District Police Department that we can be proud of and that all people can depend upon for fair treatment.

I sincerely thank you for the good work that you do.