UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| NATHANIEL HELLMAN, § § *Plaintiff*, § § v. § § AUSTIN COMMUNITY COLLEGE DISTRICT, § § *Defendant*. § | CIVIL NO. 1:23-CV-1436-RP |

## STATUS REPORT ON ALTERNATIVE DISPUTE RESOLUTION

Pursuant to the Court's Scheduling Order (Dkt. 20) dated August 13, 2024, corrected August 16, 2024, the Parties to this action, through undersigned counsel, respectfully submit their Status Report on Alternative Dispute Resolution, in compliance with Local Rule CV-88, as follows:

1. The Parties have not yet identified a mediator to conduct mediation with the Parties. However, the Plaintiff will continue to engage in discussions for settlement and scheduling a mediation, and Plaintiff has recently made contact with the Defendant requesting to engage in mediation. No dates have been agreed upon, but the Parties will continue to discuss selecting mediators and picking available dates for mediation.

Respectfully submitted,

_Michael C. Fallings_
Michael C. Fallings
Texas Bar No. 24117338
mfallings@fedattorney.com
TULLY RINCKEY, PLLC
3720 Executive Center Drive, Ste. 160
Austin, Texas 78731

Sean Timmons
Texas Bar No. 24067908
stimmons@tullylegal.com
TULLY RINCKEY, PLLC
2925 Richmond Ave., 12th Floor
Houston, Texas 77098

Paul B. Friener, Esq.
Senior Associate
pfriener@tullylegal.com
SBN: 24100094
Tully Rinckey, PLLC.
3720 Executive Center Drive, Suite 160
Austin, Texas 78731
(512) 225-2822

**ATTORNEYS FOR PLAINTIFF**