UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| NATHANIEL HELLMAN, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| | § | |
| | § | CIVIL NO. 1:23-CV-1436-RP |
| | § | |
| AUSTIN COMMUNITY COLLEGE DISTRICT, | § | |
| | § | |
| *Defendant.* | § | |

## STATUS REPORT ON ALTERNATIVE DISPUTE RESOLUTION

COMES NOW, Defendant, Austin Community College District and files this Status Report on Alternative Dispute Resolution.

Pursuant to the court's scheduling order, Plaintiff contacted Defendant on Wednesday, November 27, 2024 regarding the court's scheduling order ADR deadlines, however, defense counsel was already out for the Thanksgiving holiday. Today, Defendant has responded in writing to Plaintiff's ADR communication and Defendant declines mediation in this case at this time.

Respectfully submitted,

BICKERSTAFF HEATH DELGADO ACOSTA LLP
Two Barton Skyway
1601 S. Mopac Expwy, Ste C400
Austin, TX , 78746
vgonzalez@bickerstaff.com
Phone  512.472.8021
Fax  512.320.5638


By:
*/s/ Vanessa A. Gonzalez* _____
Vanessa A. Gonzalez
Texas Bar No. 00793832

**COUNSEL FOR DEFENDANT**
**AUSTIN COMMUNITY COLLEGE**
**DISTRICT**